

FILED
JUN - 2 2021
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

Gwendolyn R. Rucker
P.O Box 2343
Kankakee Ill 60901
(Name of the plaintiff or plaintiffs)

v.

Dept of Human Services
100 S. Grand Ave E 3rd Flr
Springfield, IL 62762
(Name of the defendant or defendants)

CIVIL ACTION

NO. 21-2122

## COMPLAINT OF EMPLOYMENT DISCRIMINATION

1. Plaintiff ☑ DOES ☐ DOES NOT demand a jury trial.

### I. PARTIES

2. The plaintiff is Gwendolyn R. Rucker,
whose street address is 930 S. Poplar Ave,
(city) Kankakee (state) IL (ZIP) 60901
(Plaintiff's telephone number) 815-474-9015

3. The defendant is Dept of Human Services, whose
street address is 100 S. Grand Ave East, 3rd Flr.,
(city) Springfield (state) IL (ZIP) 62762
(Defendant's telephone number) (___)-_____

4. The alleged discrimination occurred at Kankakee CO DHS - 285 N. Schuyler
(city) Kankakee (state) IL (ZIP) 60901

5. The plaintiff [*check one box*]

    (a) ☐  was denied employment by the defendant.

    (b) ☐  was hired and is still employed by the defendant.

    (c) ☑  was employed but is no longer employed by the defendant.

6. The defendant discriminated against the plaintiff on or about, or beginning on or about, (month)_____, (day)_____, (year)_____.

## II. JURISDICTION

7. Jurisdiction over this claim is based on 28 U.S.C. § 1331. Plaintiff alleges that the defendant(s) discriminated against Plaintiff because of Plaintiff's:

    ☐ Age (The Age Discrimination in Employment Act, 29 U.S.C. § 621)

    ☐ Color (Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e)

    ☑ Disability (The Americans with Disabilities Act, 42 U.S.C. § 12101 and/or The Rehabilitation Act, 29 U.S.C. § 701)

    ☐ National Origin (Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e)

    ☐ Race (Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e)

    ☐ Race (42 U.S.C. § 1981)

    ☐ Religion (Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e)

    ☐ Sex/Gender (Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e)

    ☐ Sex/Gender (Equal Pay Act, 29 U.S.C. § 206)

    ☐ Use of Leave (Family and Medical Leave Act, 29 U.S.C. § 2611)

    ☑ Other (list): _Title VII of the Civil rights act/disparate treatment_

8. Plaintiff ☑ HAS ☐ HAS NOT filed a charge before the United States Equal Employment Opportunity Commission (EEOC) relating to this claim of employment discrimination. **[Attach a copy of charge to this complaint.]**

9. Plaintiff ☑ HAS ☐ HAS NOT filed a charge before the Illinois Department of Human Rights (IDHR) relating to this claim of employment discrimination. **[Attach a copy of charge to this complaint.]**

2

10. Plaintiff ☐ HAS ☑ HAS NOT received a Right to Sue Notice. If yes, Plaintiff's Right to Sue Notice was received on or about (date) _____.
[Attach copy of Notice of Right to Sue to this complaint.]

### III. FACTS IN SUPPORT OF CLAIM

11. The defendant intentionally discriminated against Plaintiff [*check only those that apply*]:

   (a) ☐  by failing to hire the plaintiff.

   (b) ☐  by terminating the plaintiff's employment.

   (c) ☐  by failing to promote the plaintiff.

   (d) ☐  by failing to stop harassment;

   (e) ☑  by failing to reasonably accommodate the plaintiff's disabilities.

   (f) ☐  by failing to reasonably accommodate the plaintiff's religion.

   (g) ☑  by retaliating against the plaintiff because the plaintiff did something to assert rights protected by the laws;

   (h) ☐  by coercing, intimidating, threatening or interfering with the plaintiff's exercise or enjoyment of rights;

   (i) ☐  with respect to the compensation, terms, conditions, or privileges of employment;

   (j) ☐  other (specify):_____

_____

_____

_____

_____

3

12. State here briefly and as clearly as possible the essential facts of your claim.  Describe precisely how each defendant in this action is involved.  Give dates and places.  Concentrate on describing as clearly and simply as possible what employment action or situation you allege to have been illegal and how it violated your rights.  It is not necessary to make legal arguments or cite any cases or statutes.

On April 29, 2019 - Ms Janice Fick informed Staff that all office doors had to be open during operational hours. This was a local office decision. I had been approved by CMS to use a personal heater to reserve my heat due to my medical condition. Ms Fick + her boss Mr. Jossue Espinosa failed to reply to my email on May 17, 2019 when I asked if I could keep my door close. As a Result, I continued to work in pain and had surgery for pinched nerves and Carptunnel release. I was approved for FMLA and returned back to work 1-06-20. After 2 weeks I was forced to work at the Hub which I didn't bid to go there.

13. THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff
    [*check only those that apply*]

    (a) ☐   Direct the defendant to hire the plaintiff.

    (b) ☐   Direct the defendant to re-employ the plaintiff.

    (c) ☐   Direct the defendant to promote the plaintiff.

    (d) ☐   Direct the defendant to reasonably accommodate the plaintiff's religion.

    (e) ☐   Direct the defendant to reasonably accommodate the plaintiff's disabilities.

    (f) ☐   Direct the defendant to (specify): _____

4

_____

_____

_____

_____

_____

_____

(g) [✓] If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.

(h) [ ] Grant such other relief as the Court may find appropriate.

_Gwendolyn R. Rucker_
(Plaintiff's signature)

_Gwendolyn R. Rucker_
(Plaintiff's name)

_____

_930 S. Poplar Ave_
(Plaintiff's street address)

(City) _Kankakee_ (State) _IL_ (ZIP) _60901_

(Plaintiff's telephone number) _(815) - 474-9015_

Date: _June 2, 2021_

5