E-FILED
Wednesday, 02 June, 2021  01:31:01 PM
Clerk, U.S. District Court, ILCD

EEOC Form 161 (11/2020)

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

21- 2122 A

To:  **Gwendolyn Rucker**
**PO Box 2343**
**Kankakee, IL 60901**

From:  **Chicago District Office**
**230 S. Dearborn**
**Suite 1866**
**Chicago, IL 60604**

☐  On behalf of person(s) aggrieved whose identity is
CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| **21B-2019-01995** | **Daniel Lim,**<br>**State & Local Coordinator** | **(312) 872-9669** |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

☐  The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐  Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐  The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐  Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☐  The EEOC issues the following determination: The EEOC will not proceed further with its investigation, and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

☒  The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐  Other (briefly state)

## - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

*Julianne Bowman/jwa*
_____
**Julianne Bowman,**
**District Director**

5/5/2021
_____
*(Date Issued)*

Enclosures(s)

cc:

**SOI DEPARTMENT OF HUMAN SERVICES**
**c/o Krista Culbertson, Investigator**
**IDHS Bureau of Civil Affairs**
**100 S. Grand Avenue East, 3rd Floor**
**Springfield, IL  62762**

I did nt Receive
This untill 5/24/21

## INFORMATION ON WHERE TO FILE SUIT

You have been notified of your right to sue in Federal District Court.  Suit is ordinarily filed in the District having jurisdiction of the county in which the employer, against whom you filed a Charge of Employment Discrimination, is located.  The telephone number listed for each District is that of the Clerk of the Court.

| U.S. DISTRICT COURT<br>Northern District of Illinois<br>**Eastern Division at Chicago**<br>219 S. Dearborn Street, Room 250<br>Chicago, IL  60604<br>(312-435-5670) | | U.S. DISTRICT COURT<br>Central District of Illinois<br>**Urbana Division**<br>218 U.S. Courthouse, 201 S. Vine Street<br>Urbana, IL  61802<br>(217-373-5830) | |
|---|---|---|---|
| **Counties** | | **Counties** | |
| Cook | Kendall | Champaign | Kankakee |
| DuPage | Lake | Coles | Macon |
| Grundy | LaSalle | Douglas | Moultrie |
| Kane | Will | Edgar | Platt |
| | | Ford | Vermillion |
| | | Iroquois | |
| U.S. DISTRICT COURT<br>Northern District of Illinois<br>**Western Division at Rockford**<br>211 S. Court Street<br>Rockford, IL  61101<br>(815-987-4480) | | **Peoria Division**<br>305 U.S. Courthouse, 100 N.E. Monroe Street<br>Peoria, IL 61602<br>(309-671-7117) | |
| **Counties** | | **Counties** | |
| Boone | McHenry | Fulton | Putnam |
| Carroll | Ogle | Livingston | Stark |
| DeKalb | Stephenson | Marshall | Tazewell |
| JoDaviess | Whiteside | McLean | Woodford |
| Lee | Winnebago | Peoria | |
| U.S. DISTRICT COURT<br>**Southern District of Illinois** | | **Rock Island Division (Temporarily Relocated)**<br>131 E. 4th Street, Room 250 | |
| 301 W. Main Street<br>Benton, IL 62812<br>(618-439-7760) | 750 Missouri Avenue<br>E. St. Louis, IL 62201<br>(618-482-9371) | Davenport, IA 52801<br>(309-793-5878) | |
| **Counties** | | **Counties** | |
| Alexander | Johnson | Bureau | Mercer |
| Bond | Lawrence | Henderson | Rock Island |
| Calhoun | Madison | Henry | Schuyler |
| Clark | Marion | Knox | Warren |
| Clay | Massac | McDonough | |
| Clinton | Monroe | **Springfield Division** | |
| Crawford | Perry | 151 U.S. Courthouse, 600 E. Monroe Street | |
| Cumberland | Pope | Springfield, IL 62701 | |
| Edwards | Pulaski | (217-4922-4028) | |
| Effingham | Randolph | | |
| Fayette | Richland | **Counties** | |
| Franklin | St. Clair | Adams | Macoupin |
| Gallatin | Saline | Brown | Menard |
| Hamilton | Union | Cass | Montgomery |
| Hardin | Wabash | Christian | Morgan |
| Jackson | Washington | DeWitt | Pike |
| Jasper | Wayne | Greene | Shelby |
| Jefferson | White | Logan | |
| Jersey | Williamson | | |



ILLINOIS DEPARTMENT OF
# Human Rights

JB Pritzker, Governor
James L. Bennett, Director

March 12, 2020

<u>Complainant</u>
Gwendolyn Rucker
P.O. Box 2343
Kankakee, IL 60901

<u>Respondent</u>
Joycelyn Dyson & Tracey Valley
c/o Krista Culbertson *DHS*
IDHS Bureau of Civil Affairs
100 South Grand Avenue, East, 3rd floor
Springfield, IL 62762

<u>Charge Number</u>:   2020CF0446
<u>Complainant</u>:     Gwendolyn Rucker
<u>Respondent</u>:      State of Illinois, Department of Human Services

## <u>NOTICE OF FACT-FINDING CONFERENCE</u>

The persons named above are hereby required to participate **by telephone** in a fact-finding conference scheduled for April 10, 2020, at 3:00 p.m.  Said conference will be conducted by the Department representative whose name and telephone number appear at the bottom of this notice. **<u>The Investigator will initiate the call through a conference call number of 1-888-494-4032 with an access code of 8106676754#. Please dial in to this phone number and access code on the scheduled date and time.</u>**

The fact-finding conference is an investigative forum intended to define the issues, determine which facts are undisputed, obtain evidence and ascertain whether there is a basis for a negotiated settlement of the charge.  An attorney or other representative (or a friend or relative) may accompany you to the conference.  However, you may not send a substitute for yourself.  If you bring persons whose presence has not been requested without first receiving express permission to do so from the Department representative, those persons will be heard only at the discretion of the Department representative.

**RESPONDENT'S FAILURE TO ATTEND THE FACT-FINDING CONFERENCE AS SCHEDULED MAY SUBJECT THE RESPONDENT TO <u>DEFAULT</u>. RESPONDENTS WHO APPEAR AT THE CONFERENCE EXCLUSIVELY THROUGH AN ATTORNEY OR OTHER REPRESENTATIVE UNFAMILIAR WITH THE EVENTS AT ISSUE SHALL BE DEEMED TO HAVE FAILED TO ATTEND AND MAY SUBJECT THE RESPONDENT TO <u>DEFAULT</u>.**  If Respondent's representatives who are named in the fact finding notice no longer work for Respondent, or are not available, please contact the investigator immediately.

Charge No.  2020CF0446
Page 2 of 2

**COMPLAINANT'S FAILURE TO ATTEND THE CONFERENCE MAY RESULT IN DISMISSAL OF THE CHARGE.** If a Questionnaire or Request for Further Information is enclosed with this notice, you are requested to complete and return it to the Department representative by the date indicated. You may submit a complete written statement of your position including a proposal for settlement. Any evidence or statements you provide will be made a part of the file and will be considered by the Department in its investigation, but settlement discussions will not be used as evidence without the written consent of the parties.

You must provide all relevant evidence which is available to you, and you must tell the Department representative named below of any other material or witnesses you deem relevant at your earliest opportunity, but no later than at the fact-finding conference on the date indicated above.

**RESPONDENT'S FAILURE TO SUBMIT RELEVANT EVIDENCE MAY BE CONSTRUED AGAINST RESPONDENT AND RESULT IN A FINDING OF SUBSTANTIAL EVIDENCE.**

**COMPLAINANT'S FAILURE TO SUBMIT RELEVANT EVIDENCE AND INFORMATION MAY RESULT IN A FINDING OF LACK OF SUBSTANTIAL EVIDENCE OR DISMISSAL OF THE CHARGE FOR FAILURE TO COOPERATE.**

The Department strongly encourages the settlement of charges prior to or during the Fact-Finding Conference. If you would like to discuss the possibility of a settlement, please contact the investigator named below.

If you need a reasonable accommodation as a person with a disability to participate in this conference, you should contact your investigator, whose name and telephone number appear at the bottom of this notice, or the Department's Legal Division at (312) 814-6262 or idhr.ada@illinois.gov.

Bertha Reyther
INVESTIGATOR

312-814-1438
TELEPHONE

FFC Notice CPRP Ltr – Phone FFC.docx
3/19



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Chicago District Office**

UJCK Federal Building
230 S. Dearborn
**Suite 1866 (Enforcement, State and Local & Hearings)**
Suite 2920 (Legal & ADR)
Chicago, IL  60604
Chicago Direct Dial:  (312) 872-9777
Enforcement/File Disclosure Fax:  (312) 588-1260
Website  www.eeoc.gov

IMPORTANT NOTICE.  PLEASE READ CAREFULLY.  KEEP THIS NOTICE WITH YOUR OTHER RECORDS OF THIS CHARGE.  THIS MAY BE THE ONLY NOTIFICATION FROM EEOC.

IDHR CHARGE NUMBER:          2020CF0446                    GWENDOLYN RUCKER

# EEOC NOTICE OF CHARGE FILED

You are filing a charge of employment discrimination with the Illinois Department of Human Rights (IDHR).

As a result of an agreement between the Illinois Department of Human Rights (IDHR) and the U. S. Equal Employment Opportunity Commission (EEOC), the EEOC will also have a record of IDHR's charge of discrimination.

You are encouraged to cooperate with IDHR in the investigation of your charge.  The final findings and orders of that agency may be adopted by the EEOC.

IDHR will process your charge.  Under section 1601.76 of EEOC's regulations, you are entitled to request that EEOC review IDHR's investigation and findings.  To obtain this review, you must request it by writing to this office within 15 days of your receipt of IDHR's final findings of your case.  If we do not receive such a request for a review, EEOC will likely accept IDHR's findings without any review or any other processing by EEOC.

EEOC regulations require that you notify us of any change in address and keep us informed of any prolonged absence from your current address.  Your cooperation in this matter is essential.

PLEASE NOTE:  BUILDING SECURITY PROCEDURES PRESENTLY IN PLACE DO NOT PERMIT ACCESS TO EEOC WITHOUT AN APPOINTMENT.  IF AN APPOINTMENT IS REQUIRED, CALL (312) 869-8000 OR 1-800-669-4000.

EEOC NOTICE

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974: See Privacy act statement before completing this form.

# 20W0916.04

| AGENCY | CHARGE NUMBER |
|---|---|
| ☒ IDHR | 2020CF0446 |
| ☐ EEOC | |

## Illinois Department of Human Rights and EEOC

| NAME OF COMPLAINANT (indicate Mr. Ms. Mrs.) | TELEPHONE NUMBER (include area code) |
|---|---|
| Gwendolyn Rucker | (815) 474-9015 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | DATE OF BIRTH |
|---|---|---|
| P.O. Box 2343 | Kankakee, Illinois 60901 | MM / DD / YYYY |

**NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (IF MORE THAN ONE LIST BELOW)**

| NAME OF RESPONDENT | NUMBER OF EMPLOYEES, MEMBERS 15+ | TELEPHONE NUMBER (include area |
|---|---|---|
| State of Illinois, Department of Human Services | | (815) 939-4545 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| 285 N Schuyler Ave. | Kankakee, Illinois 60901 | Kankakee |

| CAUSE OF DISCRIMINATION BASED ON: | DATE OF DISCRIMINATION EARLIEST (ADEA/EPA) LATEST (ALL) |
|---|---|
| Disabilities | May 20, 2019 |
| | ☐ CONTINUING ACTION |

**THE PARTICULARS OF THE CHARGE ARE AS FOLLOWS:**

### S E E   A T T A C H E D

Page 1 of 3                                                                                                           MTS

| | |
|---|---|
| I also want this charge filed with the EEOC. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | SUBSCRIBED AND SWORN TO BEFORE ME THIS _16th_ DAY OF _September_ , _2019_ X _Kelly Ortiz_ NOTARY SIGNATURE |
| **NOTARY STAMP** KELLY ORTIZ Official Seal Notary Public – State of Illinois My Commission Expires Sep 15, 2021 | X _Gwendolyn Rucker_  9-16-19 SIGNATURE OF COMPLAINANT          DATE I declare under penalty that the foregoing is true and correct I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief |

EEO-5 FORM (Rev. 7/12-INT)

Charge Number:  2020CF0446
Complainant:  Gwendolyn Rucker
Page 2 of 3

I.   A.      **ISSUES/BASIS**

           **FAILURE TO ACCOMMODATE – MAY 20, 2019, DUE TO MY PHYSICAL DISABILITY, ARTHRITIS**

   B.      **PRIMA FACIE ALLEGATIONS**

       1.    I am an individual with a disability within the meaning of Section 1-103(I) of the Human Rights Act.

       2.    On December 20, 2010, Respondent was aware of my disability because I requested and was approved for a reasonable accommodation to use a personal heater to warm my office above 66 degrees.

       3.    On May 20, 2019, Janice Fink (non-disabled), Local Office Administrator, denied my request to allow me to close my office door which prevented me from heating my office.

       4.    My disability is unrelated to my ability to perform the essential functions of my job with or without a reasonable accommodation.

II.   A.      **ISSUES/BASIS**

           **FAILURE TO ACCOMMODATE – MAY 20, 2019, DUE TO MY PHYSICAL DISABILITY, CARPAL TUNNEL**

   B.      **PRIMA FACIE ALLEGATIONS**

       1.    I am an individual with a disability within the meaning of Section 1-103(I) of the Human Rights Act.

       2.    On December 20, 2010, Respondent was aware of my disability because I requested and was approved for a reasonable accommodation to use a personal heater to warm my office above 66 degrees.

       3.    On May 20, 2019, Janice Fink (non-disabled), Local Office Administrator, denied my request to allow me to close my office door which prevented me from heating my office.

       4.    My disability is unrelated to my ability to perform the essential functions of my job with or without a reasonable accommodation.

Charge Number: 2020CF0446
Complainant: Gwendolyn Rucker
Page 3 of 3

III.    A.      ISSUES/BASIS

        FAILURE TO ACCOMMODATE – MAY 20, 2019, DUE TO MY PHYSICAL
        DISABILITY, PINCHED NERVE

        B.      PRIMA FACIE ALLEGATIONS

        1.      I am an individual with a disability within the meaning of Section 1-
                103(I) of the Human Rights Act.

        2.      On December 20, 2010, Respondent was aware of my disability because
                I requested and was approved for a reasonable accommodation to use
                a personal heater to warm my office above 66 degrees.

        3.      On May 20, 2019, Janice Fink (non-disabled), Local Office
                Administrator, denied my request to allow me to close my office door
                which prevented me from heating my office.

        4.      My disability is unrelated to my ability to perform the essential
                functions of my job with or without a reasonable accommodation.