# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
### Urbana Division

| | |
|---|---|
| **GWENDOLYN R. RUCKER,** | |
| **Plaintiff,** | |
| v. | Case No. 21-2122 |
| **DEPARTMENT OF HUMAN SERVICES,** | |
| **Defendant.** | |

## REPORT AND RECOMMENDATION

On June 2, 2021, Plaintiff filed her Complaint against Defendant Department of Human Services. The Court denied Plaintiff's Motion for Leave to Proceed in forma pauperis on June 3, 2021 (#5). The Court also denied Plaintiff's Motion for Counsel because Plaintiff failed to list the attorneys she contacted seeking representation.

Plaintiff paid the filing fee on August 4, 2021. On October 19, 2021, the Court entered an Order to Show Cause (#8) for Plaintiff's failure to serve Defendant in this matter. The Court ordered Plaintiff to show cause as to why this matter should not be dismissed for failing to serve the summons pursuant to Fed. R. Civ. P. 4(m) by November 2, 2021.

Plaintiff failed to show cause by the deadline and failed to serve Defendant in this matter.

**Accordingly, the Court recommends that Plaintiff's case be DISMISSED for failure to prosecute pursuant to Fed. R. Civ. P. 41(b).** The parties are advised that any objection to this recommendation must be filed in writing with the clerk within fourteen (14) days after being served with a copy of this Report and Recommendation. *See* 28 U.S.C. § 636(b)(1). Failure to object will constitute a waiver of objections on appeal. *Video Views, Inc. v. Studio 21, Ltd.*, 797 F.2d 538, 539 (7th Cir. 1986).

ENTERED this 9th day of November, 2021.

                                              s/ ERIC I. LONG
                                    UNITED STATES MAGISTRATE JUDGE